NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TESSERA, INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC.,**
*Intervenors,*

**and**

**SMART MODULAR TECHNOLOGIES, INC.,**
*Intervenor,*

**and**

**ACER, INC., ACER AMERICA CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., and POWERCHIP SEMICONDUCTOR CORPORATION (now known as Powerchip Technology Corporation),**
*Intervenors,*

**and**

**RAMAXEL TECHNOLOGY, LTD.,**
*Intervenor,*

**and**

**KINGSTON TECHNOLOGY COMPANY, INC.,**
*Intervenor.*

2010-1176

On appeal from the United States International Trade Commission in Investigation No. 337-TA-630.

## ON MOTION

Before LOURIE, *Circuit Judge.*

## O R D E R

Tessera, Inc. moves for leave to file a reply brief not to exceed 12,000 words. The intervenors oppose. Tessera replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part; Tessera's reply brief, not to exceed 10,000 words, is due within 14 days of the date of filing of this order.

FOR THE COURT

AUG   5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Morgan Chu, Esq.
G. Hopkins Guy, III, Esq.
Larry L. Shatzer, II, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2010

JAN HORBALY
CLERK

Panyin A. Hughes, Esq.
Michael R. Levinson, Esq.
Joseph V. Colaianni, Esq.
Jonathan M. James, Esq.

s20